UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Elmer Castillo
        Plaintiff,

v.                               Case No.: 1:22−cv−04132
                                    Honorable Martha M. Pacold

Kwame Raoul, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 9, 2022:

    MINUTE entry before the Honorable Martha M. Pacold: Plaintiff contacted the emergency judge's chambers regarding plaintiff's motion for preliminary injunction, filed yesterday. [2]. The motion appears to seeks an injunction against plaintiff's ongoing criminal prosecution in Illinois v. Castillo, No. 21CF00000390 (Lake Cnty. Cir. Ct.). Plaintiff is ordered to show cause by 8/16/2022 why this case should not be dismissed under Younger v. Harris, 401 U.S. 37 (1971). See Gakuba v. O'Brien, 711 F.3d 751, 753 (7th Cir. 2013) ("Younger holds that federal courts must abstain from taking jurisdiction over federal constitutional claims that may interfere with ongoing state proceedings. Gakuba's claims of damages resulting from illegal searches, seizures, and detentions meet that description: they involve constitutional issues that may be litigated during the course of his criminal case." (citation omitted)). Plaintiff should also address whether the case must be dismissed under the Seventh Circuit's jurisprudence that prohibits review of interlocutory state court orders. See Curry v. Lopez, 756 F. App'x 649, 650 (7th Cir. 2019) ("[N]othing in the Supreme Court's decisions suggests that state−court decisions too provisional to deserve review within the state's own system can be reviewed by federal district and appellate courts." (quoting Harold v. Steel, 773 F.3d 884, 886 (7th Cir. 2014))). The court will review plaintiff's response when it is filed. If plaintiff needs additional time, he may file a motion for extension of time. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.